# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PADOVA, JOHN R. | EASTERN DISTRICT OF PA | 05/7/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE DISTRICT COURT JUDGE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 17613 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Patient Advocate Board | Kimmel Cancer Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 15 P 12: 47 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Padova_John_R

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/7/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | 3/28/2008 - 3/30/2008 | New York, NY | Annual dinner and program | transportation, cab, tips, hotel, meals for Judge ▇▇▇▇ |
| 2. | Pound Institute | 7/11/2008 - 7/13/2008 | Philadelphia, PA | Seminar Participation | mileage and parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VKM PA QUALITY MUN TR ● | A | Interest | J | T | | | | | |
| 2. PNC BANK CHKG ● | A | Interest | K | T | | | | | |
| 3. ANN M. PADOVA, IRA PNC● | A | Interest | K | T | | | | | |
| 4. Fed Pa Mun M.M. | A | Interest | J | T | | | | | MM Opened (Hanauer) |
| 5. Dreyfus Pa M.M. | A | Interest | K | T | | | | | (Janney) |
| 6. Boston Capital ●17 | A | Interest | J | T | | | | | |
| 7. Bank Chkg & Sav. ●Citizens Bank | A | Int | J | T | | | | | |
| 8. PA Econ. Dev. Fin. G&B 12-1-30 | A | Interest | J | T | | | | | |
| 9. Exelon | B | Dividend | L | T | | | | | |
| 10. USAA Sav-Act | A | Interest | K | T | Cash | | | | |
| 11. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 12. Boston Cap SER 15 & 18 ●| A | Interest | J | T | | | | | |
| 13. JMS/DLJSC/Phila Inv. RETIRE. PLAN ACCT.J PADOVA IRA | E | Div & Int | P1 | T | Distributed (part) | | L | | See VIII |
| 14. - ACM Man. Dollar Inc. Fund | B | Dividend | J | T | | | | | |
| 15. - Pershing Gov Act-mm | D | Dividend | M | T | | | | | |
| 16. - ACM Govt. Sec. Fund-name change-Alliance Bernstein Income | C | Dividend | K | T | | | | | name change |
| 17. - Alliance World Fund-name change-Alliance Bernstein Global | C | Dividend | K | T | | | | | name change |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Commercial Act Lease Realty, Inc.-Natl. Retail | B | Dividend | K | T | | | | | Name change |
| 19. - Aspen Group Res. Corp. | | None | J | T | | | | | |
| 20. - Templeton Emer Mktg. Inc. | B | Dividend | K | T | | | | | |
| 21. - Pepsico Cap Res Inc. 4/01/11 | | None | L | T | | | | | |
| 22. - U.S. Treas SEC Strip 11/15/11 | | None | N | T | | | | | |
| 23. - Fid. Adv. Sr 11 Gro Opty Fd. B | A | Dividend | J | T | | | | | |
| 24. - Putnam Inv Fds - Gro B | A | Dividend | J | T | | | | | |
| 25. - Van Kampen Amer Cap Sr Inc. | A | Dividend | J | T | | | | | |
| 26. - FHLMC Ser-2496 5.5 | A | Interest | L | T | | | | | |
| 27. Berks Cty. Pa M.A. - Phoebe ● | A | Interest | J | T | | | | | |
| 28. New Jersey Econ Dev 10/23 | A | Interest | J | T | | | | | |
| 29. Evergreen Money Mkt 9 -now Wachovia | A | Dividend | J | T | | | | | |
| 30. First Union CD Now Wachovia | B | Interest | | | Redeemed | 05/29 | K | A | |
| 31. Erie Co. H.A. - St. Mary's ● | B | Interest | K | T | | | | | |
| 32. Louisiana Loc. Govt. St. James ● | B | Interest | K | T | | | | | |
| 33. Vanguard Pa L/T Tax Ex Fund | D | Interest | M | T | | | | | |
| 34. Vanguard M/M - IRA | C | Dividend | M | T | Sold (part) | 12/22 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard B/M - IRA | D | Dividend | M | T | | | | | |
| 36. Vanguard 500 - IRA | D | Dividend | M | T | | | | | |
| 37. American Century ● | A | Dividend | K | T | | | | | |
| 38. Montgomery Co. PA Hgr Ed. Auth Temple 7/1/07,7/1/19,7/1/29 | | None | | | Redeemed | 3/18 | K | | |
| 39. Chester Co. PA Higher Ed. 6/1/18 | B | Interest | | | Sold | 1/11 | K | B | |
| 40. Ohio State Env. 5/1/29 ● | B | Interest | K | T | | | | | |
| 41. PNC Bank Sav. ● & Ckg ● | A | Interest | L | T | | | | | |
| 42. Allegheny Co. Pa. USX-5.6 | B | Interest | K | T | | | | | |
| 43. Allegheny Co. Pa.-South Hills 8.625 | | None | J | T | | | | | |
| 44. NJ Econ Dev - Seashore 4-1-31 | B | Interest | K | T | | | | | |
| 45. Allegheny Co. Pa. IDA 6-6● | A | Interest | J | T | | | | | |
| 46. Allegheny Co. PA. IDM. USX 5.5 | A | Interest | J | T | | | | | |
| 47. Conn St. Dev. Auth - 4/1/21 | A | Interest | | | Sold | 1/11 | J | A | |
| 48. Lehigh Co. G.P.A.-Bible 11/1/33 | B | Interest | | | Sold | 1/11 | K | | |
| 49. Del. Co. Pa. Auth. Cabrini ● | B | Interest | K | T | | | | | |
| 50. Nuveen Select ● | B | Interest | K | T | | | | | |
| 51. Pa. St. Tpk. Comn Oil ● | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ·PADOVA, JOHN R. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - FEDL Hom. Ln Mtge 4/17/18 | C | Interest | L | T | | | | | |
| 53.   - Cons Edison Ins. Com. | C | Dividend | L | T | | | | | |
| 54.   PA St Ref-1st Ser. 4.5● | A | Interest | J | T | | | | | |
| 55.   PA St Go - 5.0 ● | A | Interest | J | T | | | | | |
| 56.   Stroudsberg, PA - 5.0 ● | A | Interest | J | T | | | | | |
| 57.   Economy, PA - 5.0 ● | B | Interest | K | T | | | | | |
| 58.   Mtgy. Co. IDA Ret. 5.250 | B | Interest | K | T | | | | | |
| 59.   San Jose Fing. Auth. | B | Interest | | | Sold | 3/7 | K | | |
| 60.   Union Co. Hosp. - 5.0 | B | Interest | K | T | | | | | |
| 61.   Illinois Edl. Facs. | B | Interest | | | Sold | 3/7 | K | | |
| 62.   Lancaster PA Ser A - 4.5% | B | Interest | K | T | | | | | |
| 63.   Lehigh Co PIDA 9/1/29 ● | A | Interest | J | T | | | | | |
| 64.   Lehigh Co PIDA 9/1/29 | A | Interest | J | T | | | | | |
| 65.   Upper St. Clair Tw 7-25-4.3 | A | Interest | K | T | | | | | |
| 66.   Eaton Vance-Tx mg. (Global) | D | Dividend | K | T | | | | | |
| 67.   Puerto Rico 7/1/42 | B | Interest | J | T | | | | | |
| 68.   Microsoft (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Intel (IRA) | A | Dividend | J | T | | | | | |
| 70. Tupperware Corp (IRA) | C | Dividend | L | T | | | | | |
| 71. Nuveen PA Prem Inc (● | A | Dividend | K | T | | | | | |
| 72. Nuveen PA Invt QF ● | B | Dividend | K | T | | | | | |
| 73. Van Kempen Amer PA Mun. Inc. (● | B | Dividend | K | T | | | | | |
| 74. Federated Govt Res MM ● | A | Dividend | K | T | IRA Transfer | 12/29 | K | | |
| 75. Sayre PA Health Serv 12/1/31 | B | Interest | K | T | | | | | |
| 76. Brunswick Glynn GA 1/1/35 | A | Interest | | | Sold | 7/11 | J | | |
| 77. Chester Co. PA H&E-Jeff | A | Interest | K | T | | | | | |
| 78. Eaton Vance T/M | B | Interest | K | T | | | | | |
| 79. Eaton Vance T/M ● | A | Interest | J | T | | | | | |
| 80. Canutillo TX Sch Dist | A | Interest | | | Sold | 3/18 | K | | |
| 81. California St G/O 9/1/36 | B | Interest | K | T | | | | | |
| 82. Bayatex Entr (IRA) | | None | K | T | | | | | |
| 83. Blackrock Intl. Growth and Inc. Trust | C | Dividend | K | T | | | | | |
| 84. Phila. Pa 4.5% 7/1/33 | A | Interest | K | T | | | | | |
| 85. Pa. St. Univ Ser A 8/15/36 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Citigtroup Inc. Com | B | Interest | J | T | | | | | |
| 87. Tyco Intl. Ltd. | A | Dividend | J | T | | | | | |
| 88. Covidien Ltd. | A | Dividend | K | T | | | | | |
| 89. Tyco Electronic | A | Dividend | J | T | | | | | |
| 90. Vanguard GNMA Fund | A | Interest | K | T | Buy | 12/22 | K | | |
| 91. PA St. HEF Rev. REDG-UNIV | A | Interest | K | T | Buy | 9/25 | K | | |
| 92. Geisonger PA H.A. | A | Interest | K | T | Buy | 8/5 | K | | |
| 93. Mtgy Co. PA H.E. Arcadia | B | Interest | K | T | Buy | 3/18 | K | | |
| 94. PA Auth I.D. Cultural | C | Interest | K | T | Buy | 3/17 | L | | |
| 95. Phila PA Wtr Rev. Ser B | B | Interest | K | T | Buy | 1/11 | K | | |
| 96. Puerto Rico Co. Ser B | A | Interest | K | T | Buy | 6/2 | K | | |
| 97. Mtgy Co. PA Ser C 12/31 | B | Interest | K | T | Buy | 1/11 | K | | |
| 98. Barrick Gold Corp. | | None | L | T | Buy | 12/23 | L | | |
| 99. General Electric | | None | K | T | Buy | 12/23 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| PADOVA, JOHN R. | | 05/7/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII; Item 13 - Lines 13 through 22, 25 and 26, 34 through 36, 52 and 53, 66, 68 through 70; 82, 86 through 89, 98, 99

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/7/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544